# United States Bankruptcy Court
## Western District of NY

In re **P. & G. Steel Products Co., Inc.** Debtor(s)

Case No. 
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **P. & G. Steel Products Co., Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

10 / 14 / 2026
Date

/s/Janice B. Grubin
**Janice B. Grubin**
Signature of Attorney or Litigant
Counsel for **P. & G. Steel Products Co., Inc.**

**Barclay Damon LLP**
**1270 Avenue of the Americas, Suite 2310**
**New York, NY 10020**
**212-784-5808 Fax:212-784-5775**
**jgrubin@barclaydamon.com**