| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **P. & G. Steel Products Co., Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 / 14 / 2026

*X* /s/David E. Ponkow
Signature of individual signing on behalf of debtor

**David E. Ponkow**
Printed name

**Chairman & CEO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **P. & G. Steel Products Co., Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Stamod<br>4579 Pamela Court<br>Lake Zurich, IL 60047** | | **Trade Debt** | **Contingent<br>Unliquidated** | | | **$1,700,000.00** |
| **Arro Manufacturing LLC<br>Attn: Scott Bauer<br>4687 Gleasson Road<br>Ashville, NY 14710** | **sbauer@arromfg.com** | **Trade Debt** | | | | **$1,617,876.87** |
| **Game Change Energy<br>230 East Avenue, #100<br>Norwalk, CT 06855** | | **Trade Debt** | **Contingent<br>Unliquidated** | | | **$400,000.00** |
| **SPS Temporaries<br>Attn: Angie Ives<br>135 Delaware Avenue, Suite 300<br>Buffalo, NY 14202** | **aives@spsbuffalo.com<br>716-614-1000 x 258** | **Trade Debt** | | | | **$331,573.86** |
| **Mahle<br>Attn: Accounts Payable<br>23030 Mahle Drive<br>Farmington, MI 48335** | | **Trade Debt** | **Contingent<br>Unliquidated** | | | **$297,000.00** |
| **Next Generation Stamping & Mfg.<br>Attn: Greg Ponkow<br>54 Gruner Road<br>Buffalo, NY 14227** | **gponkow@nextgenstamping.com<br>716-796-7900** | **Trade Debt** | | | | **$266,748.15** |
| **American Tinning & Galvanizing Co.<br>Attn: Savanah Lasky<br>552 West 12th Street<br>Erie, PA 16501** | **alasky@galvanizeit.com<br>814-456-7053** | **Trade Debt** | | | | **$248,603.57** |

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Remedy Intelligent Staffing<br>Attn: Shari Steck<br>PO Box 116834<br>Atlanta, GA 30368-6834** | **shari.steck@remedystaff.com<br>716-903-1955** | **Trade Debt** | | | | **$187,587.68** |
| **ETCS<br>21275 Mullin Avenue<br>Warren, MI 48089** | | **Trade Debt** | **Contingent<br>Unliquidated** | | | **$130,000.00** |
| **Ed Arnold Scrap<br>Attn: Dan McCarthy<br>2216 Angling Road<br>Corfu, NY 14036** | **585-762-9080** | **Trade Debt** | | | | **$96,750.00** |
| **Univera Health Care<br>205 Park Club Lane<br>Buffalo, NY 14221** | | **Health Insurance** | | | | **$77,707.58** |
| **Seal & Design<br>4015 Casilio Parkway<br>Clarence, NY 14031** | **sd.ar@sealanddesign.com** | **Trade Debt** | | | | **$75,092.42** |
| **VISA<br>PO Box 4517<br>Carol Stream, IL 60197-4517** | | **Credit Card** | | | | **$68,162.51** |
| **K Holdings LLC<br>Attn: Igor Valoshka<br>333 Hollenbeck Street<br>Rochester, NY 14621** | **paul@kholdingsllc.org<br>585-417-5230** | **Trade Debt** | | | | **$64,843.63** |
| **Selective Staffing<br>Attn: Michelle Alberts<br>1775 Wehrle Drive<br>Buffalo, NY 14221** | **malberts@ssswny.com<br>716-634-3300** | **Trade Debt** | | | | **$62,493.76** |
| **Venture Steel<br>60 Disco Road<br>Etobicoke, ON M9W 1L8<br>Canada** | **416-798-9396** | **Trade Debt** | | | | **$57,249.48** |
| **Pallet Services Inc.<br>Attn: Tracy Waring<br>4055 Casilio Parkway<br>Clarence, NY 14031** | **twaring@palletservicesinc.com<br>716-873-7700** | **Trade Debt** | | | | **$52,490.00** |
| **Motus Freight<br>119 Fairfield Avenue, Suite 410<br>Bellevue, KY 41073** | **receivables@motustrucking.com** | **Trade Debt** | | | | **$52,250.00** |

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **State Group Industrial, The<br>Attn: Melanie Pike<br>810 Crescent Centre Drive, Suite 280<br>Franklin, TN 37067** | **m.pike@stategroup.com<br>800-558-2034** | **Trade Debt** | | | | **$51,886.00** |
| **Linde Gas<br>Attn: Ben Knutson<br>PO Box 845417<br>Dallas, TX 75284-5417** | **ben.knutson@linde.com<br>515-965-6646** | **Trade Debt** | | | | **$45,777.04** |