**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re P. & G. Steel Products Co., Inc. ,

Debtor

Case No.

Chapter 11

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
16-0772295

**CERTIFICATION OF MATRIX OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

I, Janice B. Grubin , the attorney for the debtor hereby certify under the penalties of perjury that the attached matrix has been compared to and contains the names, addresses, and zip codes of the creditors who have the 20 largest unsecured claims and are not insiders as they appear on the schedules of liabilities filed herewith.

Dated: 10 / 14 / 2026

/s/Janice B. Grubin
Janice B. Grubin
Attorney for Debtor/Petitioner
(Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Stamod
4579 Pamela Court
Lake Zurich, IL 60047

Arro Manufacturing LLC
Attn: Scott Bauer
4687 Gleasson Road
Ashville, NY 14710

Game Change Energy
230 East Avenue, #100
Norwalk, CT 06855

SPS Temporaries
Attn: Angie Ives
135 Delaware Avenue, Suite 300
Buffalo, NY 14202

Mahle
Attn: Accounts Payable
23030 Mahle Drive
Farmington, MI 48335

Next Generation Stamping & Mfg.
Attn: Greg Ponkow
54 Gruner Road
Buffalo, NY 14227

American Tinning & Galvanizing Co.
Attn: Savanah Lasky
552 West 12th Street
Erie, PA 16501

Remedy Intelligent Staffing
Attn: Shari Steck
PO Box 116834
Atlanta, GA 30368-6834

ETCS
21275 Mullin Avenue
Warren, MI 48089

Ed Arnold Scrap
Attn: Dan McCarthy
2216 Angling Road
Corfu, NY 14036

Univera Health Care
205 Park Club Lane
Buffalo, NY 14221

Seal & Design
4015 Casilio Parkway
Clarence, NY 14031

VISA
PO Box 4517
Carol Stream, IL 60197-4517

K Holdings LLC
Attn: Igor Valoshka
333 Hollenbeck Street
Rochester, NY 14621

Selective Staffing
Attn: Michelle Alberts
1775 Wehrle Drive
Buffalo, NY 14221

Venture Steel
60 Disco Road
Etobicoke, Ontario M9W 1L8
Canada

Pallet Services Inc.
Attn: Tracy Waring
4055 Casilio Parkway
Clarence, NY 14031

Motus Freight
119 Fairfield Avenue, Suite 410
Bellevue, KY 41073

State Group Industrial, The
Attn: Melanie Pike
810 Crescent Centre Drive, Suite 280
Franklin, TN 37067

Linde Gas
Attn: Ben Knutson
PO Box 845417
Dallas, TX 75284-5417