UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

P. & G. STEEL PRODUCTS CO., INC.,

Debtor.

Chapter 11

Case No. 26-11388-CLB

---

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to § 1102 of the Bankruptcy Code, the following creditors of the above-captioned Debtor, being among the largest unsecured claimants and being willing to serve, are hereby appointed to the Official Committee of Unsecured Creditors:

STAMOD Solutions Inc.
4579 Pamela Ct.
Long Grove, IL 60047
Attn: George Molakal, *Director*
Telephone: 512-677-4660
Email: Gm01@stamod.us

GameChange Solar Corp.
230 East Avenue, Suite 100
Norwalk, CT 06855
Attn: Meghan DeMasi,
*Sr. Vice-President of Finance*
Telephone: 203-769-3803
Email:
meghan.demasi@gamechangeenergy.com
Pallavi.singh@gamechangeenergy.com

SPS Temporaries Inc.
135 Delaware Avenue, #300
Buffalo, NY 14202
Attn: Paul Acberti, *President*
Telephone: 716-614-1000, Ext. 290
Email: amysps@msn.com
mmartzolf@spsbuffalo.com

American Tinning & Galvanizing Co.
P. O. Box 1599
552 West 12th Street
Erie, PA 16512-1599
Attn: David J. Bertges, *Vice-President*
Telephone: 814-456-7053, Ext. 106
Email: dbertges@galvanizeit.com

Edward Arnold Scrap Processors Inc.
2216 Angling Road
Corfu, NY 14036
Attn: Edward G. Arnold, Jr., *President*
Telephone: 585-762-9080
Email: eas1@edarnoldscrap.com

Dated: November 6, 2026
Buffalo, New York

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: */s/ Joseph W. Allen*
Joseph W. Allen, Esq.
Assistant United States Trustee
Jill M. Zubler, Esq.
Trial Attorney
Office of the United States Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, New York 14202
Telephone: (716) 551 5541